JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE APPLICATION OF ) Case No. CV 10-44-SVW (DTB)
RONALD LEE HIGHTOWER, )
            Applicant. ) **JUDGMENT**

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition, and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: 6/14/11

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1